## 2206.  BUCHAN *v.* LUPO.

HILL, C. J.  There being no "error of law which must finally govern the case," and no question of law involved which would have required the rendition of final judgment, the judgment of the superior court, sustaining the certiorari and remanding the case for a second trial, will not be disturbed.                                    . *Judgment affirmed.*

Certiorari; from Pulaski superior court—Judge Martin.  August 31, 1909.

Submitted December 20, 1909.—Decided February 22, 1910.

*H. L. Grice,* for plaintiff in error.   *H. E. Coates,* contra.

---

## 2215.  PERKINS *et al. v.* BOUYER.

HILL, C. J.  The allegations of the petition were substantially proved as laid, and the judgment of nonsuit was erroneous.

*Judgment reversed.*

Action for damages; from city court of Fitzgerald—O. H. Elkins, judge pro hac vice.   August 31, 1909.

Submitted December 20, 1909.—Decided February 22, 1910.

*Haygood & Cutts,* for plaintiffs.

*A. J. McDonald,* for defendants.